UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                                          Case No: 8-17-71311-REG

PAUL VIERENGEL AND                                             Chapter 13
ANNEMARIE VIERENGEL
                              Debtors.
-------------------------------------------------------X

## APPLICATION TO DISMISS PETITION

TO THE HONORABLE ROBERT E. GROSSMAN, BANKRUPTCY JUDGE:

PAUL VIERENGEL AND ANNEMARIE VIERENGEL, by their attorneys, LESTER &
ASSOCIATES, P.C. moves this court:

1.       That the debtor's case filed on March 6, 2017, is a case under Chapter 13 of the
Bankruptcy Code.

2.       That this case has not been previously converted under Section 706, 1112 or 1208 of
the Bankruptcy Code.

3.       That this request is made pursuant to 11 U.S.C. 1307.

WHEREFORE, the debtors pray that their case under Chapter 13 of the Bankruptcy Code
be dismissed.

Dated:   November 21, 2017
         Garden City, New York

_Paul Vierengel_
Paul Vierengel

_Annemarie Vierengel_
Annemarie Vierengel


s/ Roy J. Lester

_____
LESTER & ASSOCIATES, P.C.
By: ROY J. LESTER
Attorneys for Debtors
600 Old Country Road, Suite 229
Garden City, NY 11530

12658

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re                                                                        Case No: 8-17-71311-REG

PAUL VIERENGEL AND                                                Chapter 13
ANNEMARIE VIERENGEL
                                        Debtors.
--------------------------------------------------------X

## ORDER DISMISSING CHAPTER 13

UPON the application by ROY J. LESTER, Esq., a partner of the law firm of Lester & Associates, P.C., attorneys for the debtors and the debtors, for an order of this court dismissing the debtor's Chapter 13 bankruptcy case, it is;

ORDERED, that the debtor's attorney serve a copy of this order on the Trustee; and it is further

ORDERED that the debtor's bankruptcy case is hereby dismissed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

        Case No. 8-17-71311-reg

      PAUL VIERENGEL AND
      ANNEMARIE VIERENGEL

        Chapter 13

          Debtors.
-------------------------------------------------------------X
              AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
         ) SS.:
COUNTY OF NASSAU )

     I, KRISTA COLALILLO, being duly sworn, depose and say:

     1.  That I am not a party to the action, and I am over eighteen years of age and reside in Oceanside, New York.

     2.  That on the 21st day of November, 2017, I served a copy of an APPLICATION TO DISMISS PETITION by depositing a true copy thereof in an official depository of the United States Postal Service contained in a securely closed post-paid envelope directed to the following person by First Class Mail at the address designated below which is the last known address of the addressee and enclosed in- an envelope containing name and return address of the party effecting service to:

See attached list

                       s/ Krista Colalillo
                      _____
                      KRISTA COLALILLO

Sworn to before me this
21st day of November, 2017

 s/ Roy J. Lester

_____

Notary Public

        ROY J. LESTER
    Notary Public, State Of New York
        No.30-4841129
     Qualified In Nassau County
   Commission Expires September 30, 2021

Michael Macco, Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749

US Trustee's Office
560 Federal Plaza, Room 563
Central Islip, NY 11722

Citibank
c/o MCM
8875 Aero Drive, Ste 200
Garden City, NY 11530

IRS - Special Procedures
10 Metro Tech Center
625 Fulton Avenue
Brooklyn, NY 11201

Midland Funding
c/o Selip & Stylianou LLP
PO Box 9001
Woodbury, NY 11797

Midland/GE Money Bank
c/o Forster & Garbus, LLP
60 Motor Parkway
Commack, NY 11725

Midland/Webbank
c/o Forster & Garbus LLP
60 Motor Parkway
Commack, NY 11725

NYS Dept of Tax & Finance
Bankruptcy Unit-TCD
Bldg 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

US Bank Nat'l Assoc.
c/o Shapiro, DiCaro
175 Mile Crossing Blvd
Rochester, NY 14624

Bank Of America
C/O David Gallo & Assoc.
95-25 Queens Boulevard, 11th Flr
Rego Park, NY 11374

Chrysler Financial
Po Box 1728
Newark NJ 07101

Synchrony Bank
C/O Pra Receivables
Po Box 41021
Norfolk, VA 23541

Verizon
Po Box 1100
Albany NY 12225

Village of Garden City
351 Stewart Ave
Garden City NY 11530

Alliance One
6565 Kimball Dr, Ste 200
Gig Harbor WA 98335-6000

Citibank
c/o MCM
8875 Aero Drive, Ste 200
Garden City NY 11530-0000

Eclipse Toxicology
PO Box 4346, Dept 162
Houston TX 77210-0000

Forterus Health Care
200 Powell Place
Brentwood TN 37027-0000

Nas Co EMS
c/o MSB
PO Box 16755
Austin TX 78761-0000

NY Presbyterian
PO Box 3475
Toledo OH 43607-0000

Weill Cornell Medical
c/o Arcadia
PO Box 6768
Reading PA 19610-0000

Winthrop Cardiovascular
700 Hicksville Road, Suite 204
Bethpage NY 11714-0000

Winthrop Thoracic
c/o Internat'l Recovery
195 Smithtown Boulevard
Nesconset NY 11767-0000